IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-2016-REB-MJW

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,

   Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE ARMY CHEMICAL MATERIALS AGENCY,
UNITED STATES DEPARTMENT OF THE ARMY PUEBLO CHEMICAL DEPOT
LIEUTENANT COLONEL ROBERT C. WITTIG, as Commander of the United States Department of the Army Pueblo Chemical Depot, and
KATHRYN CAIN, as Chief of the Environmental Management Division of the United States Department of the Army Pueblo Chemical Depot,

   Defendants

---

**ORDER** (Docket No. 8)

---

Upon consideration of the Defendants' Unopposed Motion for Leave to File Amended Notice of Removal (Dkt. # 8), it is

ORDERED that the motion is granted. The Clerk of the Court shall file the Amended Notice of Removal that was submitted as an attachment to Defendants' Unopposed Motion for Leave to File Amended Notice of Removal (Dkt. # 8).

Date: August 31, 2009

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO