IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02016-REB-MJW

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,

Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF THE ARMY CHEMICAL MATERIALS AGENCY, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        Based upon notification from counsel in this matter on January 8, 2010, advising the Court that this case has been settled, it is hereby ORDERED that the parties shall submit their Joint Stipulated Motion for Dismissal or a written Status Report on or before January 29, 2010.  In addition, the Settlement Conference set on January 13, 2010 is VACATED.

Date:  January 11, 2010