**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02016-REB-MJW

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE ARMY CHEMICAL MATERIALS AGENCY,
UNITED STATES DEPARTMENT OF THE ARMY PUEBLO CHEMICAL DEPOT,
LIEUTENANT COLONEL ROBERT C. WITTIG, as Commander of the United States
Department of the Army Pueblo Chemical Depot, and
KATHRYN CAIN, as Chief of the Environmental Management Division of the United
States Department of the Army Pueblo Chemical Depot,

      Defendants.

---

## ORDER FOR ADMINISTRATIVE CLOSURE

---

**Blackburn, J.**

      The matter before the court is the **Unopposed Motion To Withdraw Plaintiff's
Motion For Preliminary Injunction and To Administratively Close Action Without
Prejudice** [#52] filed May 12, 2010.  After reviewing the motion and the file, I conclude
that the motion should be granted, that the motion for preliminary injunction should be
withdrawn, and that this action should be closed administratively.  Any party may seek
to re-open this case on a showing of good cause.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Unopposed Motion To Withdraw Plaintiff's Motion For
Preliminary Injunction and To Administratively Close Action Without Prejudice**
[#52] filed May 12, 2010, is **GRANTED**;

      2.  That plaintiff's **Motion For Preliminary Injunction** [#12] filed September 1,

1

2009, is **WITHDRAWN**; and

3. That pursuant to **D.C.COLO.LCivR** 41.2, the clerk is **DIRECTED** to close this

civil action administratively, subject to reopening for good cause.

Dated May 12, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge